ALI ABUGHEIDA (STATE BAR NO. 285284)
aabugheida@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

BETTY KIM (STATE BAR NO. 341060)
betty.kim@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071-1596
Telephone:  +213 612 2109
Facsimile:  +213 612 2499

Attorneys for Defendant
NVIDIA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY PENNING, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 5:25-CV-09160-SVK<br><br>**SUPPLEMENTAL DECLARATION OF ALI ABUGHEIDA IN SUPPORT OF NVIDIA'S MOTION TO COMPEL ARBITRATION**<br><br>Courtroom: 6, 4th Floor<br>Judge:        Hon. Susan van Keulen<br><br>Complaint Filed:   October 24, 2025 |

SUPP. ABUGHEIDA DECL.
ISO MOTION TO COMPEL
ARBITRATION

CASE NO. 5:25-CV-09160-SVK

I, Ali Abugheida, declare as follows:

1.     I am a member in good standing of the Bar of the State of California and am admitted to practice before this Court.  I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP, and counsel of record for Defendant NVIDIA Corporation ("NVIDIA").  I submit this supplemental declaration in support of NVIDIA's Motion to Compel Arbitration.  I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I could and would competently testify to these matters.

2.     On April 23, 2025, Plaintiff's counsel at Gutride Safier LLP initiated an arbitration proceeding with JAMS captioned *Dong Woo Cho v. NVIDIA Corp*., No. 5100003026, seeking declaratory relief that his client did not assent to NVIDIA's Terms of Service and the arbitration agreement contained therein.  In doing so, on June 12, 2025, Plaintiff's counsel filed with JAMS a copy of NVIDIA's Terms of Service.  A true and correct copy of the arbitration demand and Terms of Service filed by Plaintiff's counsel is attached hereto as **Exhibit B**.

3.     As soon as I learned of the inadvertent omission of the Terms of Service from Mr. Lee's declaration (ECF No. 14-1), my colleague Betty Kim and I raised the issue with Plaintiff's counsel, Mr. Rajiv Thairani and Mr. Stephen Raab, during a February 24, 2026 meet and confer call.  During the call, I explained that our understanding was that Plaintiff's counsel had a copy of the Terms of Service and that they had an opportunity to review those terms and consider them in connection with preparing their Opposition despite the inadvertent omission.  Plaintiff's counsel did not dispute that they did, in fact, have a copy of the Terms of Service.  I also informed Plaintiff's counsel that we would send them another copy after our call and that we would provide them with an opportunity to review the Terms of Service and that we were open to adjusting the briefing schedule to allow them an opportunity to address the Terms of Service or the arbitration agreement therein.

4.     A true and correct copy of the Lee Declaration with the Terms of Service is attached hereto as **Exhibit C**.

5.     Later that day, my colleague Ms. Kim provided Plaintiff's counsel with a further copy of the Terms of Service.  In her email, Ms. Kim noted that the Terms of Service were

SUPP. ABUGHEIDA DECL.                                        CASE NO. 5:25-CV-09160- SVK
ISO MOTION TO COMPEL                        - 1 -
ARBITRATION

inadvertently omitted from Mr. Lee's declaration, that we understood that Plaintiff's counsel nonetheless had a copy of the terms, and she offered Plaintiff's counsel an opportunity to review the terms further. In response, Mr. Thairani reasserted his "position that Defendant should have included the specific Terms it was relying on with its original Motion." He also complained that Mr. Lee's declaration stated that the Terms were available from February 5, 2025, while the effective date noted on the Terms of Service was February 5, 2024. That purported criticism is a *non-sequitur* because the period before February 5, 2025 was not relevant to NVIDIA's motion. As set forth in NVIDIA's Motion to Compel Arbitration (ECF No. 14), NVIDIA's position is that Plaintiff visited the NVIDIA website on or after February 27, 2025. In explaining that the Terms of Service were available after February 5, 2025, Mr. Lee was simply confirming that they were available on the website during the relevant period of time. I followed up on Ms. Kim's email by further confirming that NVIDIA was open to meeting and conferring on the issue further and discussing modifications to the briefing schedule to allow Plaintiff an opportunity to address the terms. Plaintiff's counsel did not respond to my email. A true and correct copy of Ms. Kim's email (including the Terms of Service), along with the Parties' subsequent discussion of the issue is attached hereto as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2026, in Los Altos Hills, California.

By: */s/ Ali Abugheida*
ALI ABUGHEIDA

SUPP. ABUGHEIDA DECL.
ISO MOTION TO COMPEL                         - 2 -
ARBITRATION

CASE NO. 5:25-CV-09160- SVK

# Exhibit B

**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
  kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Claimant*

JAMS

SAN FRANCISCO REGIONAL OFFICE

| | |
|---|---|
| DONG WOO CHO,<br><br>                    Claimant,<br><br>      v.<br><br>NVIDIA CORPORATION,<br><br>                    Respondent. | Arbitration Case No.<br><br>COMPLAINT AND DEMAND FOR ARBITRATION |

Claimant Dong Woo Cho ("Claimant") brings this action against NVIDIA Corporation ("Respondent" or "NVIDIA"). Claimant's allegations against NVIDIA are based upon information and belief and upon investigation of Claimant's counsel, except for allegations specifically pertaining to Claimant, which are based upon Claimant's personal knowledge. Claimant files this Complaint and Arbitration Demand without waiver of any right or argument, specifically, and without limitation, that he did not assent to the NVIDIA website's Terms of Service, including the arbitration agreement contained therein, and/or that the purported arbitration agreement is unlawful and/or unenforceable.

## **INTRODUCTION**

1.      This Complaint and Arbitration Demand concerns one issue: whether a valid and enforceable arbitration agreement was formed between the parties to cover a separate dispute about Respondent's internet cookie practices that is not part of this Complaint nor at issue in this proceeding. For purposes of context, that underlying dispute relates to Claimant's visit to

COMPLAINT AND DEMAND FOR ARBITRATION

Respondent's website (www.nvidia.com, the "Website"), where, despite Claimant's agreement with Respondent that it would not place tracking cookies on his device, Respondent proceeded to do so anyway. As is relevant to the instant dispute, the Website also contains Terms of Service ("TOS" or "Terms") with an arbitration provision purporting to require "any dispute, claim or controversy" between website visitors and Respondent to be resolved by binding arbitration. Claimant contends that no agreement to arbitrate was ever formed. Respondent contends that the arbitration provision in the TOS is applicable to the underlying dispute and refused to consent to litigate the underlying dispute in federal court. Accordingly, Claimant filed this arbitration demand to seek a declaration from the arbitrator that his underlying cookie dispute with Respondent is not subject to arbitration.

2.    The Website's TOS are available on the Website but accessible only via an inconspicuous link displayed in small font at the bottom of the Website after all the main content. Moreover, Respondent does not require Website users to read or agree to the Terms before browsing the Website.

3.    When Claimant visited the Website, he did not see or otherwise assent to the TOS before choosing to "Manage Cookies" and browse the website. Nor could he have done so. When users visit the Website, Respondent immediately displays a pop-up cookies banner that ***obscures*** the bottom portion of the Website's content, including the only link to the TOS, until users make a cookies selection on the banner and associated "Cookie Settings" window. Because it is impossible for a Website user to view the link to the TOS, much less the TOS themselves, without first entering into an agreement with Respondent to accept or refuse cookies, Claimant could not—and did not—assent to the TOS. Accordingly, Claimant made no agreement to arbitrate his underlying cookie dispute.

## BACKGROUND ON THE UNDERLYING COOKIE DISPUTE

4.    The underlying dispute in this matter concerns an egregious privacy violation and total breach of consumer trust in blatant violation of California law. The Website is configured to use a multitude of cookies to enable third parties to track users' activity and communications on the Website.

5.    However, at least until placed on notice by Claimant,[1] the Website presented all visitors immediately with a pop-up cookies banner stating that "NVIDIA uses cookies to enable and improve the use of the website." Respondent further represented, "You can manage your cookie settings by clicking 'Manage Cookies'" and, accordingly, presented users with a "Manage Cookies" button they could click, as shown in the following screenshot:

(Screenshot of the NVIDIA Website's pop-up cookies banner.)

6.    Users who selected the "Manage Cookies" button were directed to a "Cookie Settings" window, where Respondent represented that users could choose not to allow certain types of cookies by selecting or clicking a "Decline All" button. Selecting or clicking this button indicates the users' choice/agreement to decline or reject all cookies, including "Performance Cookies" and "Advertising Cookies." The only cookies users could not decline were the "Required Cookies" that Respondent represented "are required for the site to function and cannot be turned off." Thousands of visitors to the Website, including Claimant, did just that—they selected the "Manage Cookies" button, clicked the "Decline All" button to indicate their choice/agreement to decline all cookies (other than Required Cookies), inclusive of those that enable the sale and sharing of their personal data, and then proceeded to browse the Website.

7.    Unbeknownst to Claimant and other users, however, Respondent nonetheless caused cookies—both from Respondent and third parties with notorious privacy records, including Meta (formerly Facebook), Pubmatic, Linkedin, Twitter, Google/Doubleclick, TikTok, Taboola, Rubicon Project and more—to be stored on the devices and browsers of Claimant and those similarly situated, despite their declination of all such cookies. As a result, Respondent caused the sharing, and ultimately the sale, of broad swaths of personal data about Claimant, and similar users, to undisclosed third parties, contrary to Respondent's

---

[1] On or about July 8, 2024, Claimant notified Respondent of its ongoing invasions of privacy and alleged violations of law, as described herein, as required under California's Consumers Legal Remedies Act, Cal. Civil Code §§ 1750 *et seq*., and Consumer Privacy Rights Act, Cal. Bus. & Prof. Code §§ 1798, *et seq*.

COMPLAINT AND DEMAND FOR ARBITRATION

representations and Claimant's express directions. Claimant brings this arbitration solely to establish that the separate cookie dispute is not arbitrable.

## PARTIES

8. Claimant Dong Woo Cho is, and was at all relevant times, an individual and resident of California. Claimant intends to remain in California and makes his permanent home there.

9. Respondent NVIDIA Corporation is a Delaware corporation with its headquarters and principal place of business in Santa Clara, California. In addition, Respondent does substantial business in the state of California through the Website, and otherwise.

## SUBSTANTIVE ALLEGATIONS

### A.    Respondent's Unenforceable Browsewrap Agreement.

10. Respondent's Website includes TOS that purport to govern the use of the NVIDIA Website. *See* TOS ("These Terms of Service (these 'Terms') govern your access to and use of www.nvidia.com...and other NVIDIA operated websites where these Terms are linked, including any content, functionality, and services offered on or through such websites and/or their copies (collectively, the 'Site')...These Terms apply to all persons who access or use the Site."). These are located at the following address: https://www.nvidia.com/en-us/about-nvidia/terms-of-service/.

11. The TOS purport to require Website users to arbitrate all disputes with Respondent in JAMS. *See* TOS ("You and NVIDIA agree all Disputes [any dispute, claim or controversy arising out of or relating to the Site or these Terms ('Dispute')] will be resolved by arbitration administered by the office of Judicial Arbitration and Mediation Services ("JAMS") under its Comprehensive Arbitration Rules and Procedures then in effect for JAMS… The dispute (including whether the claims asserted are arbitrable) will be referred to and finally determined by arbitration in accordance with the JAMS International Arbitration Rules.")

12. Further, the TOS, in calling for arbitration relating to disputes on "whether the claims asserted are arbitrable[,]" purport to grant exclusive authority to the arbitrator to determine issues of arbitrability.

13. Claimant, however, did not assent to the TOS or the arbitration provision contained therein. An internet contract is valid only if the user takes some action to unambiguously manifest assent to the contract after the website has placed the user on actual notice of the terms of that contract or has put a reasonably prudent user on inquiry notice of those terms. Claimant never saw the TOS, or even the hyperlink to "Terms of Service," and thus had no actual notice that his continued browsing of the Website would be subject to an arbitration agreement.

14. Nor did the Website place Claimant on inquiry notice of the TOS because it failed to provide reasonably conspicuous notice of the TOS. Moreover, Claimant took no action, such as clicking a button or checking a box, that unambiguously manifested his assent to the TOS. The Terms on the Website are no more than an unenforceable browsewrap agreement.

15. When users visited the Website, Respondent immediately displayed to them a pop-up cookies banner, which prompted users to select either "I Understand" or "Manage Cookies." The pop-up cookies banner remains displayed, obscuring the bottom portion of the Website's content, until users make a selection on the banner. The pop-up cookies banner made no mention of the Website's TOS, contained no link to the TOS, and did not require the user to manifest assent to the Terms.

(Screenshot of the NVIDIA Website's pop-up cookies banner with no link to the TOS.)

16. The only link to the TOS appeared in small font (identical to the surrounding font) at the bottom of the Website. Website users were unable to click the link to view Respondent's TOS before selecting either "I Understand" or "Manage Cookies" on the pop-up cookies banner, as demonstrated by the screenshots below, because the pop-up cookies banner itself obscured the bottom portion of the Website, including the link to the TOS. Therefore, even if Website users scrolled down to the very bottom of the Website before making their selection on the pop-

COMPLAINT AND DEMAND FOR ARBITRATION

up cookies banner, it was *impossible* for users to read and assent to TOS prior to selecting either "I Understand" or "Manage Cookies," as shown in the following screenshots:



(Screenshots of the NVIDIA Website (a) showing the cookie banner obscuring link to the TOS; and (b) showing the same view of the Website after the user made a selection on the banner.)

17.     Website users, such as Claimant, who selected or clicked the "Manage Cookies" button on the pop-up cookies banner to indicate their choice and/or agreement to manage cookies were directed to an additional "Cookie Settings" window. This window, like the pop-up cookies

- 6 -

banner, made no mention of the TOS. On that window, users could choose to "Decline All" cookies by selecting or clicking the button to do so, as shown in the screenshot below:



18.     After making their selection in the Cookie Settings window, users could then continue to browse the Website, as the pop-up cookies banner and Cookie Settings window disappeared.

COMPLAINT AND DEMAND FOR ARBITRATION

19.    Even setting aside the fact that the pop-up cookies banner blocks any ability to view the TOS, the link to the TOS itself at the bottom of the Website is not conspicuous. It is not, for example, in a different color, font, or size from the surrounding text. Nor is it highlighted or emboldened relative to its surrounding text. Instead, it is very small and much less conspicuous than the images and text elsewhere on the Website. Moreover, it is not available on the Website when a user first visits; rather, they must scroll down to find it with no forewarning of being bound by the Terms.

20.    Respondent never required Claimant to manifest consent to the TOS. Respondent purports to bind users to the TOS simply by their continued use of the Website, which is legally insufficient even if the notice had been conspicuous.

**B.    Claimant's Experiences**

21.    During the last year, Claimant visited the NVIDIA Website to browse products.

22.    When Claimant visited the NVIDIA Website, the Website immediately presented him with Respondent's pop-up cookies banner as it appeared at the time.

23.    Consistent with his typical practice in rejecting cookies and/or the sale of his personal data, Claimant selected and clicked the "Manage Cookies" button. Claimant was then presented with Respondent's Cookie Settings window then in effect at the time. Claimant clicked "Decline All," thereby giving Respondent notice that he did not consent to the use or placement of third-party cookies. Further, Claimant specifically rejected those cookies that would enable the sale or sharing of his personal data. In reliance on these representations and promises, only then did Claimant continue browsing the Website.

24.    Claimant did not see the TOS link—or the actual TOS—on the Website prior to rejecting all cookies, or at any point thereafter. Moreover, Claimant could not have seen the link to Respondent's TOS prior to clicking "Manage Cookies" on the pop-up cookies banner and "Decline All" in the Cookie Settings window because—in addition to being hidden in small font at the very bottom of the Website—the pop-up cookies banner obscured the only link to the TOS on the Website. The pop-up cookies banner did not disappear until after Claimant made his cookies choices in the Cookie Settings window.

# CAUSE OF ACTION

## Declaratory Judgment that the Underlying Dispute is Not Subject to Arbitration

25.    Claimant realleges and incorporates the paragraphs of this Complaint as if set forth herein.

26.    The NVIDIA Website's TOS purport to require arbitration of any and all disputes and to waive users' rights to bring a legal action, including a class action, in court, except certain small claims actions. In particular, the TOS states the following:

> ***Binding Arbitration*** You and NVIDIA agree all Disputes will be resolved by arbitration administered by the office of Judicial Arbitration and Mediation Services ('JAMS') under its Comprehensive Arbitration Rules and Procedures then in effect for JAMS. If the amount of the Dispute is less than $10,000, then JAMS' Optional Expedited Arbitration Rules and Procedures will apply. The dispute (including whether the claims asserted are arbitrable) will be referred to and finally determined by arbitration in accordance with the JAMS International Arbitration Rules.
>
> …
>
> ***Class Action, Representative Action & Jury Trial Waiver*** WITH RESPECT TO ALL PERSONS AND ENTITIES, REGARDLESS OF WHETHER THEY HAVE OBTAINED OR USED THE SITE FOR PERSONAL, COMMERCIAL OR OTHER PURPOSES, ALL DISPUTES MUST BEBROUGHT IN THE PARTIES' INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE PROCEEDING. THIS WAIVER APPLIES TO CLASS ARBITRATION, AND, UNLESS NVIDIA AGREES OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S DISPUTES. YOU AND NVIDIA AGREE THAT THE ARBITRATOR MAY AWARD RELIEF ONLY TO AN INDIVIDUAL CLAIMANT AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF ON INDIVIDUAL DISPUTE(S). ANY RELIEF AWARDED MAY NOT AFFECT OTHER USERS. YOU AND NVIDIA AGREE THAT, BY ENTERING INTO THESE TERMS, YOU AND NVIDIA ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION, OR OTHER REPRESENTATIVE PROCEEDING OF ANY KIND. (emphasis original)

*See* TOS (available at https://www.nvidia.com/en-us/about-nvidia/terms-of-service/).

COMPLAINT AND DEMAND FOR ARBITRATION

27.    Claimant did not view, and did not have actual notice of, Respondent's TOS, including the arbitration provision contained therein.

28.    The link to the TOS was inconspicuous and failed to provide reasonably prudent users, such as Claimant, with actual notice that his continued use of the Website would subject him to the TOS.

29.    It was impossible for Claimant to view the hyperlink to the TOS and/or review the Terms prior to declining or rejecting all cookies because the pop-up cookies banner obscured the hyperlink to the TOS as described above.

30.    Respondent did not require users such as Claimant to manifest their unambiguous assent to the TOS by clicking a button or checking a box.

31.    Claimant, therefore, had no notice, constructive or otherwise, of the TOS and never assented to them.

32.    Because Claimant did not assent to the Terms, Claimant is entitled to, and seeks, a declaration that the arbitration provision and class action waiver contained in the TOS are unenforceable and that the underlying dispute described herein is not subject to arbitration.

## PRAYER FOR RELIEF

**WHEREFORE**, reserving all rights, Claimant respectfully requests judgment against Respondent as follows:

33.    An order declaring that Claimant did not assent to Respondent's TOS and that the underlying dispute described herein is not subject to arbitration;

34.    For reasonable attorneys' fees and the costs incurred; and

35.    For such further relief as may be just and proper.

Dated: April 21, 202

COMPLAINT AND DEMAND FOR ARBITRATION

**GUTRIDE SAFIER LLP**

*/s/ Seth A. Safier*
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
  kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Claimant*

COMPLAINT AND DEMAND FOR ARBITRATION

Case 5:25-cv-09160-SVK     Document 32     Filed 03/13/26     Page 16 of 56




# Terms of Service

## Last Modified: February 5, 2024

PLEASE READ THESE TERMS CAREFULLY BEFORE USING THIS SITE.

These Terms of Service (these "Terms") govern your access to and use of www.nvidia.com, rapids.ai, nventures.ai and jetson-ai-lab.com and other NVIDIA operated websites where these Terms are linked, including any content, functionality, and services offered on or through such websites and/or their copies (collectively, the "Site"). The Site is provided by NVIDIA Corporation ("NVIDIA", "our" or "us") for informational purposes only, and you may use the Site only if you can form a legally binding contract with NVIDIA and only in compliance with these Terms and all applicable laws and regulations. These Terms apply to all persons who access or use the Site.

By accessing or using the Site, or downloading any materials from the Site, you agree to be bound by these Terms and acknowledge that you have read and understood our Privacy Notice. If you do not agree to these Terms or the Privacy Notice, you may not access or use the Site or download any materials from it.

THESE TERMS CONTAIN A MANDATORY INDIVIDUAL ARBITRATION AGREEMENT AND CLASS ACTION/JURY TRIAL WAIVER PROVISION THAT REQUIRE, WITH ONLY SPECIFIED EXCEPTIONS SET FORTH HEREIN OR UNLESS YOU OPT OUT PURSUANT TO THE INSTRUCTIONS HEREIN, THE EXCLUSIVE USE OF FINAL AND BINDING ARBITRATION ON AN INDIVIDUAL BASIS ONLY TO RESOLVE DISPUTES, RATHER THAN JURY TRIALS OR CLASS, COLLECTIVE, PRIVATE ATTORNEY GENERAL OR REPRESENTATIVE ACTIONS OR PROCEEDINGS.

## Forward Looking Statements

Information on (or linked to) the Site, other than statements or characterizations of historical fact, may contain forward-looking statements. These forward-looking statements are based on our current expectations, estimates and projections about our industry, management's beliefs and certain assumptions made by us. These forward-looking statements are subject to a number of significant

Case 5:25-cv-09160-SVK    Document 32    Filed 03/13/26    Page 17 of 56

statements.

## Trademark Information

© 2024 NVIDIA Corporation. All rights reserved. NVIDIA and the NVIDIA logo are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. Other company and product names may be trademarks of the respective companies with which they are associated.

You may not use NVIDIA's trademarks without NVIDIA's prior written permission, and nothing in these Terms shall be construed as granting such permission. Fair use of NVIDIA's trademarks in advertising and promotion of NVIDIA products requires proper acknowledgment.

## Performance Information

Performance tests and ratings are measured using specific computer systems and/or components and reflect the approximate performance of NVIDIA products as measured by those tests. Any difference in system hardware or software design or configuration may affect actual performance.

## Single Copy License

The materials at the Site are subject to copyright and other intellectual property and other proprietary rights of NVIDIA or its licensors and any unauthorized use of any materials at the Site may violate copyright, trademark, and other intellectual property or other rights and applicable laws.

You may have the option to download one copy of the software and materials found on the Site ("Materials") on a single computer for your personal, non-commercial internal use only unless specifically licensed to do otherwise by NVIDIA in writing or as allowed by any license terms which accompany or are provided with individual Materials. This is a license, not a transfer of title.

Case 5:25-cv-09160-SVK    Document 32    Filed 03/13/26    Page 18 of 56

Products   Solutions   Industries          Shop   Drivers   Support          US   0

US   0

accompany or are provided with individual Materials; (c) remove any copyright or other proprietary notices from the Site; (d) transfer the Site to any other person or entity; (e) use the Site for any purpose that is unlawful or prohibited by these Terms; (f) use any robot, spider, scraper, crawler, data mining tool, data gathering or extraction tool, or any other automatic device, program, algorithm or methodology, or any similar or equivalent manual process, to access, acquire, copy or monitor any portion of the Site, or in any way reproduce or circumvent the navigational structure or presentation of the Site, to obtain or attempt to obtain any materials, documents or information though any means not purposely made available through the Site; (g) take any actions that impose an unreasonable or disproportionately large load on the infrastructure of the Site, or NVIDIA's systems or networks, or any systems or networks connected to the Site or to NVIDIA; (h) use any device, software or routine to interfere or attempt to interfere with the proper working of the Site or any transaction being conducted on the Site, or with any other person's use of the Site; (i) attempt to gain unauthorized access to any portion or feature of the Site, or any other systems or networks connected to the Site or to any NVIDIA server, or to any of the services offered on or through the Site, by hacking, password "mining" or any other illegitimate means; or (j) probe, scan or test the vulnerability of the Site or any network connected to the Site, nor breach the security or authentication measures on the Site or any network connected to the Site. You agree to prevent any unauthorized copying of the Site. You agree that a breach of this Section shall constitute a material breach of these Terms.

## Ownership of Site

The Site is copyrighted and is protected by worldwide copyright laws and treaty provisions. It may not be copied, reproduced, modified, published, uploaded, posted, transmitted, or distributed in any way, without NVIDIA's prior written permission. Except as expressly provided herein, NVIDIA and its suppliers do not grant any express or implied right to you under any patents, copyrights, trademarks, trade secret or any other intellectual property or proprietary right.

## Claims of Copyright Infringement

NVIDIA and its affiliates respect the intellectual property of others. If you believe that your work has been copied in a way that constitutes copyright infringement, please follow our Notice and Procedure for Making Claims of Copyright Infringement.

Case 5:25-cv-09160-SVK     Document 32     Filed 03/13/26     Page 19 of 56

 **NVIDIA.**    Products    Solutions    Industries      Shop    Drivers    Support    US   0

US 0

these Terms or other terms which may be associated with your use of the Site. Upon termination, you will immediately destroy the Materials, and certify to NVIDIA that you have done so.

## Disclaimer

THE SITE AND OTHER CONTENT OFFERED ON OR THROUGH THE SITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE BASIS". TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NVIDIA DISCLAIMS ALL WARRANTIES AND REPRESENTATIONS OF ANY KIND, WHETHER EXPRESS, IMPLIED OR STATUTORY, RELATING TO OR ARISING UNDER THIS AGREEMENT, INCLUDING, WITHOUT LIMITATION, THE WARRANTIES OF TITLE, NONINFRINGEMENT, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, USAGE OF TRADE AND COURSE OF DEALING.

NEITHER NVIDIA NOR ANY PERSON ASSOCIATED WITH NVIDIA MAKES ANY WARRANTY OR REPRESENTATION WITH RESPECT TO THE COMPLETENESS, ACCURACY, SECURITY, RELIABILITY, QUALITY OR AVAILABILITY OF THE SITE. WITHOUT LIMITING THE FOREGOING, NEITHER NVIDIA NOR ANYONE ASSOCIATED WITH NVIDIA REPRESENTS OR WARRANTS THAT THE SITE, ITS CONTENT OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE SITE WILL BE ACCURATE, RELIABLE, ERROR-FREE OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, THAT THE SITE OR THE SERVER THAT MAKES IT AVAILABLE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS OR THAT THE SITE OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE SITE WILL OTHERWISE MEET YOUR NEEDS OR EXPECTATIONS. NVIDIA MAY MAKE CHANGES TO SITE OR TO THE PRODUCTS DESCRIBED THEREIN AT ANY TIME WITHOUT NOTICE, BUT MAKES NO COMMITMENT TO (AND HAS NO OBLIGATION TO) UPDATE THE SITE.

## Disclaimer for Software Products Cited in Blogs

NVIDIA blogs may refer to software products and features in various stages of development or availability. NVIDIA software products and features will be offered if and when available. The information contained in a blog is provided on a non-binding basis, and does not create any guarantee or legal obligation to NVIDIA. The development, release, timing and terms for any software products or features may change for any reason at NVIDIA's sole discretion. NVIDIA will have no liability arising from or in connection with statements contained in a blog.

 Products   Solutions   Industries                Shop   Drivers   Support        US  0

US  0

LICENSORS, SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS OR DIRECTORS BE LIABLE FOR ANY DAMAGES OF ANY KIND, UNDER ANY LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH YOUR USE, OR INABILITY TO USE, THE SITE INCLUDING WITHOUT LIMITATION (I) INDIRECT, PUNITIVE, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR (II) DAMAGES FOR THE (A) COST OF PROCURING SUBSTITUTE GOODS OR (B) LOSS OF PROFITS, REVENUES, USE, DATA OR GOODWILL ARISING OUT OF OR RELATED TO THIS AGREEMENT, WHETHER BASED ON BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, OR OTHERWISE, AND EVEN IF NVIDIA HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF A PARTY'S REMEDIES FAIL THEIR ESSENTIAL PURPOSE.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NVIDIA'S TOTAL CUMULATIVE AGGREGATE LIABILITY FOR ANY AND ALL LIABILITIES, OBLIGATIONS OR CLAIMS ARISING OUT OF OR RELATED TO THESE TERMS WILL NOT EXCEED ONE HUNDRED U.S. DOLLARS ($100).

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF AND/OR LIMITATIONS ON INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE EXCLUSIONS AND/OR LIMITATIONS MAY NOT APPLY TO YOU. THESE TERMS GIVE YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM JURISDICTION TO JURISDICTION. THE DISCLAIMERS, EXCLUSIONS, AND LIMITATIONS OF LIABILITY UNDER THESE TERMS WILL NOT APPLY TO THE EXTENT PROHIBITED BY APPLICABLE LAW.

## Indemnity

You agree to indemnify and hold harmless NVIDIA, its affiliates, licensors and service providers, and its and their respective officers, directors, employees, contractors, agents, licensors, suppliers, successors and assigns ("Indemnified Parties") and, at NVIDIA's election, defend the Indemnified Parties from and against any claims or lawsuits, liabilities, damages, judgments, awards, losses, costs, expenses or fees (including reasonable attorneys' fees) arising out of or relating to your violation of these Terms or your use of the Site other than as expressly authorized in these Terms.

## U.S. Government Restricted Rights



private expense and provided subject to these Terms.  In no event will the U.S. Government acquire rights in Protected Items beyond those specified in 48 C.F.R. § 52.227-19(b)(1)-(2) or § 252.227-7013(c) except as expressly approved by NVIDIA in writing.

## User Submissions

Any material, information or other communication you transmit or post to the Site ("Communications") will be considered non-confidential and non-proprietary. You are solely responsible for the Communications, and NVIDIA will have no obligations with respect to the Communications. NVIDIA and its designees will be free to copy, disclose, distribute, incorporate and otherwise use the Communications and all data, images, sounds, text, and other things embodied therein for any and all commercial or non-commercial purposes. You are prohibited from posting or transmitting to or from the Site any unlawful, threatening, libelous, defamatory, obscene, pornographic, or other material that would violate any law in any jurisdiction. Any Communication is shared voluntarily at your sole risk and you understand it can be read, collected, used, and modified by those with access to it and NVIDIA is not responsible for such Communications including (without limitation) your privacy rights, your proprietary rights, or your legal and regulatory compliance. You acknowledge that NVIDIA does not manage or control Communications that you upload, access, store, or distribute through NVIDIA servers, and accepts no responsibility or liability for that information regardless of whether such Communication is transmitted to or by you in breach of these Terms. You represent and warrant that you own or have sufficient rights to submit the Communications and to grant the foregoing rights, and the Communications do not infringe on anyone else's rights and will not violate any applicable law.

## Links to Other Materials

The linked sites are not under the control of NVIDIA and NVIDIA is not responsible for the content of any linked site or any link contained in a linked site. NVIDIA reserves the right to terminate any link or linking program at any time. NVIDIA does not endorse companies or products to which it links and reserves the right to note as such on its web pages. If you decide to access any of the third party sites linked to the Site, you do this entirely at your own risk.

## Governing Law; Dispute Resolution

Case 5:25-cv-09160-SVK    Document 32    Filed 03/13/26    Page 22 of 56



Products    Solutions    Industries                Shop    Drivers    Support        US        0

US 0

### *Governing Law*

All matters relating to the Site or these Terms and any Disputes (as defined below) will be governed in all respects by the laws of the United States and the laws of the State of Delaware, without respect to conflict of laws principles or the United Nations Convention on Contracts for the International Sale of Goods. The parties acknowledge that these Terms evidence a transaction involving interstate commerce. Notwithstanding the preceding sentences with respect to the substantive law governing these Terms, the Federal Arbitration Act (9 U.S.C. §§ 1-16) (as it may be amended, "FAA") governs the interpretation and enforcement of the Binding Arbitration provision below and preempts all state laws (and laws of other jurisdictions) to the fullest extent permitted by applicable law. If the FAA is found to not apply to any issue that arises from or relates to the Binding Arbitration provision, then that issue will be resolved under and governed by the law of the U.S. state where you live (if applicable) or the jurisdiction mutually agreed upon in writing by the parties. The application of the United Nations Convention on Contracts for the International Sale of Goods is expressly excluded. You agree to submit to the exclusive personal jurisdiction of the federal and state courts located in Santa Clara County, California, for any actions for which we retain the right to seek injunctive or other equitable relief in a court of competent jurisdiction to prevent the actual or threatened infringement, misappropriation, or violation of our data security, intellectual property rights, or other proprietary rights, as set forth in the Binding Arbitration provision below, including any provisional relief required to prevent irreparable harm. You agree that the Santa Clara County, California is the proper and exclusive forum for any appeals of an arbitration award, or for trial court proceedings in the event that the Binding Arbitration provision below is found to be unenforceable.

If there is a conflict between the English and any non-English versions of these Terms, you and NVIDIA agree that the English version of these Terms will govern to the extent not prohibited by local law in your jurisdiction.

### *Informal Resolution*

If you or NVIDIA have any dispute, claim or controversy arising out of or relating to the Site or these Terms ("Dispute"), we each agree to work in good faith to resolve the Dispute informally. If you have a Dispute, you must first contact NVIDIA and give NVIDIA an opportunity to resolve it by contacting NVIDIA by mail at NVIDIA Corporation, ATTN: Legal, 2788 San Tomas Expressway, Santa Clara, California, 95051. Either you or NVIDIA may seek to have a Dispute resolved in small claims court if all the requirements of the small claims court

Case 5:25-cv-09160-SVK    Document 32    Filed 03/13/26    Page 23 of 56



Products    Solutions    Industries          Shop    Drivers    Support        US

0

US

### *Binding Arbitration*

You and NVIDIA agree all Disputes will be resolved by arbitration administered by the office of Judicial Arbitration and Mediation Services ("JAMS") under its Comprehensive Arbitration Rules and Procedures then in effect for JAMS. If the amount of the Dispute is less than $10,000, then JAMS' Optional Expedited Arbitration Rules and Procedures will apply. The dispute (including whether the claims asserted are arbitrable) will be referred to and finally determined by arbitration in accordance with the JAMS International Arbitration Rules. If there is any conflict between this section and any procedural or other rules issued by the administrator, this section will control. Except as required by applicable law or court order, you and NVIDIA agree to maintain confidentiality (and request the arbitrator to maintain confidentiality) of all aspects and outcomes of the arbitration, except a party may disclose information regarding the arbitration to (i) enforce this clause or an arbitration award or (ii) seek provisional remedies from a court of competent jurisdiction. The arbitrator will issue a written award and statement of decision describing the essential findings and conclusions on which the award is based, including the calculation of any damages awarded. The arbitrator will not have authority to award damages greater than the amount, or other than the types, allowed by this Agreement. Judgment on the award of the arbitrator may be entered by any court of competent jurisdiction. You and NVIDIA agree the arbitration award will be final and binding without appeal or review except as permitted by governing law. The arbitration proceedings will take place in Santa Clara County, California and be conducted in English. You and NVIDIA agree nothing in this section will limit the right of either party to apply for injunctive remedies or an equivalent type of urgent legal relief in any jurisdiction.

If this arbitration provision is found to be void, unenforceable, or unlawful, in whole or in part, the void, unenforceable, or unlawful provision, in whole or in part, shall be severed. Severance of the void, unenforceable, or unlawful provision, in whole or in part, shall have no impact on the remaining provisions of the arbitration provision, which shall remain in force, or the parties' ability to compel arbitration of any remaining claims on an individual basis pursuant to the arbitration. Notwithstanding the foregoing, if the Class Action, Representative Action & Jury Trial Waiver below is found to be void, unenforceable, or unlawful, in whole or in part, because it would prevent you from seeking public injunctive relief, then any dispute regarding the entitlement to such relief (and only that relief) must be severed from arbitration and may be litigated in a civil court of competent jurisdiction. All other claims for relief subject to arbitration

Case 5:25-cv-09160-SVK   Document 32   Filed 03/13/26   Page 24 of 56

**NVIDIA.**   Products   Solutions   Industries          Shop   Drivers   Support

WITH RESPECT TO ALL PERSONS AND ENTITIES, REGARDLESS OF WHETHER THEY HAVE OBTAINED OR USED THE SITE FOR PERSONAL, COMMERCIAL OR OTHER PURPOSES, ALL DISPUTES MUST BE BROUGHT IN THE PARTIES' INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE PROCEEDING. THIS WAIVER APPLIES TO CLASS ARBITRATION, AND, UNLESS NVIDIA AGREES OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S DISPUTES. YOU AND NVIDIA AGREE THAT THE ARBITRATOR MAY AWARD RELIEF ONLY TO AN INDIVIDUAL CLAIMANT AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF ON INDIVIDUAL DISPUTE(S). ANY RELIEF AWARDED MAY NOT AFFECT OTHER USERS. YOU AND NVIDIA AGREE THAT, BY ENTERING INTO THESE TERMS, YOU AND NVIDIA ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION, OR OTHER REPRESENTATIVE PROCEEDING OF ANY KIND.

***Right to Opt-Out***

You may opt-out of the foregoing jury trial, class action, arbitration, and collective or consolidated proceeding waiver provisions by notifying NVIDIA in writing within 30 days of commencement of use of the Site or within 30 days of any future change NVIDIA may make to the arbitration provisions in these Terms. Such written notification must be sent by mail to NVIDIA Corporation, Attn: Legal, 2788 San Tomas Expressway, Santa Clara, California, 95051 and must include (1) your name, (2) your address, (3) the reference to NVIDIA's website as the service to which the notice relates, and (4) a clear statement indicating that you do not wish to resolve disputes through arbitration and demonstrating compliance with the 30-day time limit to opt-out. Any opt-out notification received after the opt-out deadline or not including the required items noted in (1)-(4) in the preceding sentence will not be valid and you will be required to pursue your Dispute in arbitration or small claims court. Opting out of this dispute resolution procedure will not affect the terms and conditions of these Terms, which still apply to you. If you opt-out of any future change NVIDIA may make to the arbitration provisions in these Terms, the most recent version of such change before the change you rejected will apply.

# Compliance

Case 5:25-cv-09160-SVK    Document 32    Filed 03/13/26    Page 25 of 56

 **NVIDIA.**    Products    Solutions    Industries         Shop    Drivers    Support    US    0

US 0

local laws. You may not use or export the Materials in violation of U.S. export laws and regulations.

## General

NVIDIA may revise these Terms at any time by updating this posting. You should visit this page from time to time to review the then-current Terms because they are binding on you, and any use of the Site constitutes acceptance of the terms contained herein. Certain provisions of these Terms may be superseded by expressly designated legal notices or terms located on particular pages at the Site.

 **NVIDIA.**

Products    Solutions    Industries

Shop    Drivers    Support

US

0

US

About Us

Company Overview

Investors

Venture Capital (NVentures)

NVIDIA Foundation

Research

Corporate Sustainability

Technologies

Careers

Newsroom

Company Blog

Technical Blog

Webinars

Stay Informed

Events Calendar

GTC AI Conference

NVIDIA On-Demand

Case 5:25-cv-09160-SVK     Document 32     Filed 03/13/26     Page 27 of 56



Products    Solutions    Industries

Shop    Drivers    Support



Partners

Executive Insights

Startups and VCs

NVIDIA Connect for ISVs

Documentation

Technical Training

Training for IT Professionals

Professional Services for Data Science

Follow NVIDIA    f  ⬚  in  𝕏  ▶



Privacy Policy    Manage My Privacy    Do Not Sell or Share My Data    Terms of Service    Accessibility

Corporate Policies    Product Security    Contact

Case 5:25-cv-09160-SVK       Document 32       Filed 03/13/26       Page 28 of 56

 **NVIDIA.**    Products    Solutions    Industries        Shop    Drivers    Support

 **NVIDIA.**

# Exhibit C

ALI ABUGHEIDA (STATE BAR NO. 285284)
aabugheida@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      +1 415 773 5700
Facsimile:      +1 415 773 5759

Attorneys for Defendant
NVIDIA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY PENNING, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 5:25-CV-09160-SVK<br><br>**DECLARATION OF WILLIAM LEE**<br><br>Complaint Filed:   October 24, 2025<br><br>Judge: Hon. Susan van Keulen |

DECLARATION OF WILLIAM LEE

I, William Lee, declare as follows:

1.    I am over eighteen years old.  I am authorized to make this Declaration on behalf of Defendant NVIDIA Corporation ("NVIDIA").  I make this Declaration in support of Defendant's Motion to Compel Arbitration.  I make this Declaration based on my own personal knowledge.  I am competent to testify to the facts stated in this Declaration.

2.    I've been working at NVIDIA since 2020 and my current job title is Sr. Director, Marketing Operations & Data Privacy Compliance.  I've held that role since 2021.  As Sr. Director, Marketing Operations & Data Privacy Compliance, I am responsible for coordinating data privacy operations for the nvidia.com website (the "Website"), which includes monitoring the content and functionality of the Website.  Accordingly, I am familiar with the content and functionality of the Website, including but not limited to the Terms of Service available on the website, and the content and functionality of Website banners.

3.    I have reviewed the Complaint in this action.  According to the Complaint, "Plaintiff visited the Website to seek and obtain information about NVIDIA's products, while located in California, on multiple occasions during the last four years."  Compl., ¶ 133.

4.    The Complaint does not identify a particular date on which Plaintiff visited the website.  The Complaint does, however, contain images that purport to be screen shots from NVIDIA's website that Plaintiff offered in support of his claims.  I reviewed the images in the Complaint to determine when those images may have been available on the Website, if at all.

5.    The image below—from page 23 of the Complaint—represents the version of the Website that existed on and after February 27, 2025.  I know this because the search bar depicted below was not made available to California-based visitors before that date and Plaintiff alleges that he is California resident.

DECLARATION OF WILLIAM LEE

- 1 -

CASE NO. 5:25-CV-09160



6.    From December 2024 to July 2025, for visitors based in California, the Website's homepage included the following persistent banner that appeared across the bottom of the webpage, which moved with the webpage as a user scrolled. The banner included the following language: "**By clicking Agree" or "Manage Settings," you consent to the use of cookies and other tools as described in our <u>Cookie Policy</u> in accordance with your settings and accept our <u>Terms of Service</u> (which contains important waivers).**"   The underlined terms "**<u>Cookie Policy</u>**" and "**<u>Terms of Service</u>**" included embedded hyperlinks, which, if clicked would take a visitor to the Terms of Service or Cookie Policy, respectively.



DECLARATION OF WILLIAM LEE

- 2 -

CASE NO. 5:25-CV-09160

7.     According to the Complaint, Plaintiff had a "typical practice" of managing and declining cookies. Compl. ¶ 137. The "Manage Settings" button would allow users to manage or decline cookies.

8.     As set out in the privacy banner, by clicking either "Manage Settings" or "Agree" visitors accept NVIDIA's Terms of Service.

9.     A true and correct copy of the operative Terms of Service available on the Website from February 5, 2025 to the present are attached as **Exhibit A**.

10.     Beginning in July 2025 (and continuing today), NVIDIA's website was updated, for visitors based in California, to include the following persistent banner that appears across the bottom of the webpage, which moves with the webpage as a user scrolled. The banner includes the following language: "**By continuing to use this site or by clicking on one of the buttons below, you agree to the use of cookies and other tools described in our <u>Privacy Policy</u> and <u>Cookie Policy</u> (subject to your settings) and accept our <u>Terms of Service</u> (which contains important waivers).**" As with the prior banner, the underlined terms "Privacy Policy," "Cookie Policy," and "Terms of Service" included embedded hyperlinks that, if clicked, would take the visitor to the applicable policy. As noted above, the terms of service that were available on the Website at this time are attached as Exhibit A.



DECLARATION OF WILLIAM LEE

- 3 -

CASE NO. 5:25-CV-09160

11. As set forth above, according to Plaintiff's complaint, he had a "typical practice" of managing and declining cookies. Compl. ¶ 137. Thus, by visiting the Website between September 2025 and the present and/or by managing or declining cookies, Plaintiff accepted NVIDIA's Terms of Service.

12. In the Complaint, Plaintiff identifies and describes a different banner than either of the banners referenced above. *Id.* ¶¶ 27, 136. The banner Plaintiff cites in his Complaint is set forth below:

13. This version of the banner however is more than a year old and was *not* available on the Website at the same time as the search bar image referenced on page 23 of the Complaint and cited above in Paragraph 5.

14. Accordingly, when Plaintiff visited the website and saw the search bar image referenced on page 23 of the Complaint, he could not have seen or interacted with the version of the banner that is depicted in the Complaint. Instead, Plaintiff must have seen either (i) the persistent banner depicted above in Paragraph 6 or (ii) the president banner depicted above in Paragraph 10.

15. By following his typical practice of managing and declining cookies and visiting the website on or after February 27, 2025, Plaintiff accepted NVIDIA's Terms of Service, which are attached as Exhibit A.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on ___16___, 20_26_, in __San Jose, CA_____.

By: _____
DocuSigned by:
*William B Lee*
30BE8C84883043B
WILLIAM LEE

DECLARATION OF WILLIAM LEE

- 4 -

CASE NO. 5:25-CV-09160

# Exhibit A

# Terms of Service

## Last Modified: February 5, 2024

PLEASE READ THESE TERMS CAREFULLY BEFORE USING THIS SITE.

These Terms of Service (these "Terms") govern your access to and use of www.nvidia.com, rapids.ai, nventures.ai and jetson-ai-lab.com and other NVIDIA operated websites where these Terms are linked, including any content, functionality, and services offered on or through such websites and/or their copies (collectively, the "Site"). The Site is provided by NVIDIA Corporation ("NVIDIA", "our" or "us") for informational purposes only, and you may use the Site only if you can form a legally binding contract with NVIDIA and only in compliance with these Terms and all applicable laws and regulations. These Terms apply to all persons who access or use the Site.

By accessing or using the Site, or downloading any materials from the Site, you agree to be bound by these Terms and acknowledge that you have read and understood our Privacy Notice. If you do not agree to these Terms or the Privacy Notice, you may not access or use the Site or download any materials from it.

THESE TERMS CONTAIN A MANDATORY INDIVIDUAL ARBITRATION AGREEMENT AND CLASS ACTION/JURY TRIAL WAIVER PROVISION THAT REQUIRE, WITH ONLY SPECIFIED EXCEPTIONS SET FORTH HEREIN OR UNLESS YOU OPT OUT PURSUANT TO THE INSTRUCTIONS HEREIN, THE EXCLUSIVE USE OF FINAL AND BINDING ARBITRATION ON AN INDIVIDUAL BASIS ONLY TO RESOLVE DISPUTES, RATHER THAN JURY TRIALS OR CLASS, COLLECTIVE, PRIVATE ATTORNEY GENERAL OR REPRESENTATIVE ACTIONS OR PROCEEDINGS.

## Forward Looking Statements

Information on (or linked to) the Site, other than statements or characterizations of historical fact, may contain forward-looking statements. These forward-looking statements are based on our current expectations, estimates and projections about our industry, management's beliefs and certain assumptions made by us. These forward-looking statements are subject to a number of significant risks and uncertainties and our actual results may differ materially. For a discussion of factors that could affect our future results and business, please refer to our Annual Report on Form 10-K, subsequent Quarterly Reports on Form 10-Q, recent Current Reports on Form 8-K, and other Securities and Exchange Commission filings. NVIDIA undertakes no obligation to revise or update any forward-looking statements.

## Trademark Information

© 2024 NVIDIA Corporation. All rights reserved. NVIDIA and the NVIDIA logo are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. Other company and product names may be trademarks of the respective companies with which they are associated.

You may not use NVIDIA's trademarks without NVIDIA's prior written permission, and nothing in these Terms shall be construed as granting such permission. Fair use of NVIDIA's trademarks in advertising and promotion of NVIDIA products requires proper acknowledgment.

## Performance Information

Performance tests and ratings are measured using specific computer systems and/or components and reflect the approximate performance of NVIDIA products as measured by those tests. Any difference in system hardware or software design or configuration may affect actual performance.

## Single Copy License

The materials at the Site are subject to copyright and other intellectual property and other proprietary rights of NVIDIA or its licensors and any unauthorized use of any materials at the Site may violate copyright, trademark, and other intellectual property or other rights and applicable laws.

You may have the option to download one copy of the software and materials found on the Site ("Materials") on a single computer for your personal, non-commercial internal use only unless specifically licensed to do otherwise by NVIDIA in writing or as allowed by any license terms which accompany or are provided with individual Materials. This is a license, not a transfer of title.

Use of the Site is subject to the following restrictions: you may not: (a) modify the Site or use them for any commercial purpose, or any public display, performance, sale or rental; (b) decompile, reverse engineer, or disassemble the Site except and only to the extent permitted by applicable law or unless specifically licensed to do otherwise by NVIDIA in writing or as allowed by any license terms which accompany or are provided with individual Materials; (c) remove any copyright or other proprietary notices from the Site; (d) transfer the Site to any other person or entity; (e) use the Site for any purpose that is unlawful or prohibited by these Terms; (f) use any robot, spider, scraper, crawler, data mining tool, data gathering or extraction tool, or any other automatic device, program, algorithm or methodology, or any similar or equivalent manual process, to access, acquire, copy or monitor any portion of the Site, or in any way reproduce or circumvent the navigational structure or presentation of the Site, to obtain or attempt to obtain any materials, documents or information though any means not purposely made available through the Site; (g) take any actions that impose an unreasonable or disproportionately large load on the infrastructure of the Site, or NVIDIA's systems or networks, or any systems or networks connected to the Site or to NVIDIA; (h) use any device, software or routine to interfere or attempt to interfere with the proper working of the Site or any transaction being conducted on the Site, or with any other person's use of the Site; (i) attempt to gain

unauthorized access to any portion or feature of the Site, or any other systems or networks connected to the Site or to any NVIDIA server, or to any of the services offered on or through the Site, by hacking, password "mining" or any other illegitimate means; or (j) probe, scan or test the vulnerability of the Site or any network connected to the Site, nor breach the security or authentication measures on the Site or any network connected to the Site. You agree to prevent any unauthorized copying of the Site. You agree that a breach of this Section shall constitute a material breach of these Terms.

## Ownership of Site

The Site is copyrighted and is protected by worldwide copyright laws and treaty provisions. It may not be copied, reproduced, modified, published, uploaded, posted, transmitted, or distributed in any way, without NVIDIA's prior written permission. Except as expressly provided herein, NVIDIA and its suppliers do not grant any express or implied right to you under any patents, copyrights, trademarks, trade secret or any other intellectual property or proprietary right.

## Claims of Copyright Infringement

NVIDIA and its affiliates respect the intellectual property of others. If you believe that your work has been copied in a way that constitutes copyright infringement, please follow our Notice and Procedure for Making Claims of Copyright Infringement.

## Termination

NVIDIA may terminate your access to and use of the Site at any time if NVIDIA determines in its sole discretion that you are in breach of these Terms or other terms which may be associated with your use of the Site. Upon termination, you will immediately destroy the Materials, and certify to NVIDIA that you have done so.

## Disclaimer

THE SITE AND OTHER CONTENT OFFERED ON OR THROUGH THE SITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE BASIS". TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NVIDIA DISCLAIMS ALL WARRANTIES AND REPRESENTATIONS OF ANY KIND, WHETHER EXPRESS, IMPLIED OR STATUTORY, RELATING TO OR ARISING UNDER THIS AGREEMENT, INCLUDING, WITHOUT LIMITATION, THE WARRANTIES OF TITLE, NONINFRINGEMENT, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, USAGE OF TRADE AND COURSE OF DEALING.

NEITHER NVIDIA NOR ANY PERSON ASSOCIATED WITH NVIDIA MAKES ANY WARRANTY OR REPRESENTATION WITH RESPECT TO THE COMPLETENESS, ACCURACY, SECURITY, RELIABILITY, QUALITY OR AVAILABILITY OF THE SITE. WITHOUT LIMITING THE FOREGOING,

NEITHER NVIDIA NOR ANYONE ASSOCIATED WITH NVIDIA REPRESENTS OR WARRANTS THAT THE SITE, ITS CONTENT OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE SITE WILL BE ACCURATE, RELIABLE, ERROR-FREE OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, THAT THE SITE OR THE SERVER THAT MAKES IT AVAILABLE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS OR THAT THE SITE OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE SITE WILL OTHERWISE MEET YOUR NEEDS OR EXPECTATIONS. NVIDIA MAY MAKE CHANGES TO SITE OR TO THE PRODUCTS DESCRIBED THEREIN AT ANY TIME WITHOUT NOTICE, BUT MAKES NO COMMITMENT TO (AND HAS NO OBLIGATION TO) UPDATE THE SITE.

## Disclaimer for Software Products Cited in Blogs

NVIDIA blogs may refer to software products and features in various stages of development or availability. NVIDIA software products and features will be offered if and when available. The information contained in a blog is provided on a non-binding basis, and does not create any guarantee or legal obligation to NVIDIA. The development, release, timing and terms for any software products or features may change for any reason at NVIDIA's sole discretion. NVIDIA will have no liability arising from or in connection with statements contained in a blog.

## Limitation of Liability

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL NVIDIA OR ITS AFFILIATES, OR ITS OR THEIR LICENSORS, SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS OR DIRECTORS BE LIABLE FOR ANY DAMAGES OF ANY KIND, UNDER ANY LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH YOUR USE, OR INABILITY TO USE, THE SITE INCLUDING WITHOUT LIMITATION (I) INDIRECT, PUNITIVE, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR (II) DAMAGES FOR THE (A) COST OF PROCURING SUBSTITUTE GOODS OR (B) LOSS OF PROFITS, REVENUES, USE, DATA OR GOODWILL ARISING OUT OF OR RELATED TO THIS AGREEMENT, WHETHER BASED ON BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, OR OTHERWISE, AND EVEN IF NVIDIA HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF A PARTY'S REMEDIES FAIL THEIR ESSENTIAL PURPOSE.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NVIDIA'S TOTAL CUMULATIVE AGGREGATE LIABILITY FOR ANY AND ALL LIABILITIES, OBLIGATIONS OR CLAIMS ARISING OUT OF OR RELATED TO THESE TERMS WILL NOT EXCEED ONE HUNDRED U.S. DOLLARS ($100).

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF AND/OR LIMITATIONS ON INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE EXCLUSIONS AND/OR LIMITATIONS MAY NOT APPLY TO YOU. THESE TERMS GIVE YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM JURISDICTION TO JURISDICTION. THE DISCLAIMERS,

EXCLUSIONS, AND LIMITATIONS OF LIABILITY UNDER THESE TERMS WILL NOT APPLY TO THE EXTENT PROHIBITED BY APPLICABLE LAW.

## Indemnity

You agree to indemnify and hold harmless NVIDIA, its affiliates, licensors and service providers, and its and their respective officers, directors, employees, contractors, agents, licensors, suppliers, successors and assigns ("Indemnified Parties") and, at NVIDIA's election, defend the Indemnified Parties from and against any claims or lawsuits, liabilities, damages, judgments, awards, losses, costs, expenses or fees (including reasonable attorneys' fees) arising out of or relating to your violation of these Terms or your use of the Site other than as expressly authorized in these Terms.

## U.S. Government Restricted Rights

The software and documentation ("Protected Items") are "Commercial product[s]" or "Commercial service[s]" as those terms are defined at 48 C.F.R. § 2.101, consisting of "commercial computer software" and "commercial computer software documentation" as such terms are used in, respectively, 48 C.F.R. § 12.212 and 48 C.F.R. §§ 227.7202 & 252.227-7014(a)(1).  The Protected Items are developed at private expense and provided subject to these Terms.  In no event will the U.S. Government acquire rights in Protected Items beyond those specified in 48 C.F.R. § 52.227-19(b)(1)-(2) or § 252.227-7013(c) except as expressly approved by NVIDIA in writing.

## User Submissions

Any material, information or other communication you transmit or post to the Site ("Communications") will be considered non-confidential and non-proprietary. You are solely responsible for the Communications, and NVIDIA will have no obligations with respect to the Communications. NVIDIA and its designees will be free to copy, disclose, distribute, incorporate and otherwise use the Communications and all data, images, sounds, text, and other things embodied therein for any and all commercial or non-commercial purposes. You are prohibited from posting or transmitting to or from the Site any unlawful, threatening, libelous, defamatory, obscene, pornographic, or other material that would violate any law in any jurisdiction. Any Communication is shared voluntarily at your sole risk and you understand it can be read, collected, used, and modified by those with access to it and NVIDIA is not responsible for such Communications including (without limitation) your privacy rights, your proprietary rights, or your legal and regulatory compliance. You acknowledge that NVIDIA does not manage or control Communications that you upload, access, store, or distribute through NVIDIA servers, and accepts no responsibility or liability for that information regardless of whether such Communication is transmitted to or by you in breach of these Terms. You represent and warrant that you own or have sufficient rights to submit the Communications and to grant the foregoing rights, and the Communications do not infringe on anyone else's rights and will not violate any applicable law.

## Links to Other Materials

The linked sites are not under the control of NVIDIA and NVIDIA is not responsible for the content of any linked site or any link contained in a linked site. NVIDIA reserves the right to terminate any link or linking program at any time. NVIDIA does not endorse companies or products to which it links and reserves the right to note as such on its web pages. If you decide to access any of the third party sites linked to the Site, you do this entirely at your own risk.

## Governing Law; Dispute Resolution

READ THIS SECTION CAREFULLY BECAUSE IT REQUIRES THE PARTIES TO ARBITRATE THEIR DISPUTES AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF FROM US.

### *Governing Law*

All matters relating to the Site or these Terms and any Disputes (as defined below) will be governed in all respects by the laws of the United States and the laws of the State of Delaware, without respect to conflict of laws principles or the United Nations Convention on Contracts for the International Sale of Goods. The parties acknowledge that these Terms evidence a transaction involving interstate commerce. Notwithstanding the preceding sentences with respect to the substantive law governing these Terms, the Federal Arbitration Act (9 U.S.C. §§ 1-16) (as it may be amended, "FAA") governs the interpretation and enforcement of the Binding Arbitration provision below and preempts all state laws (and laws of other jurisdictions) to the fullest extent permitted by applicable law. If the FAA is found to not apply to any issue that arises from or relates to the Binding Arbitration provision, then that issue will be resolved under and governed by the law of the U.S. state where you live (if applicable) or the jurisdiction mutually agreed upon in writing by the parties. The application of the United Nations Convention on Contracts for the International Sale of Goods is expressly excluded. You agree to submit to the exclusive personal jurisdiction of the federal and state courts located in Santa Clara County, California, for any actions for which we retain the right to seek injunctive or other equitable relief in a court of competent jurisdiction to prevent the actual or threatened infringement, misappropriation, or violation of our data security, intellectual property rights, or other proprietary rights, as set forth in the Binding Arbitration provision below, including any provisional relief required to prevent irreparable harm. You agree that the Santa Clara County, California is the proper and exclusive forum for any appeals of an arbitration award, or for trial court proceedings in the event that the Binding Arbitration provision below is found to be unenforceable.

If there is a conflict between the English and any non-English versions of these Terms, you and NVIDIA agree that the English version of these Terms will govern to the extent not prohibited by local law in your jurisdiction.

### *Informal Resolution*

If you or NVIDIA have any dispute, claim or controversy arising out of or relating to the Site or these Terms ("Dispute"), we each agree to work in good faith to resolve the Dispute informally. If you have a Dispute, you must first contact NVIDIA and give NVIDIA an opportunity to resolve it by contacting NVIDIA by mail at NVIDIA Corporation, ATTN: Legal, 2788 San Tomas Expressway, Santa Clara, California, 95051. Either you or NVIDIA may seek to have a Dispute resolved in small claims court if all the requirements of the small claims court are satisfied. Either you or NVIDIA may seek to have a Dispute resolved in small claims court in your county of residence or the small claims court in closest proximity to your residence at any time before an arbitrator is appointed, and you may also bring a Dispute in small claims court in the Superior Court of California, County of Santa Clara.

### *Binding Arbitration*

You and NVIDIA agree all Disputes will be resolved by arbitration administered by the office of Judicial Arbitration and Mediation Services ("JAMS") under its Comprehensive Arbitration Rules and Procedures then in effect for JAMS. If the amount of the Dispute is less than $10,000, then JAMS' Optional Expedited Arbitration Rules and Procedures will apply. The dispute (including whether the claims asserted are arbitrable) will be referred to and finally determined by arbitration in accordance with the JAMS International Arbitration Rules. If there is any conflict between this section and any procedural or other rules issued by the administrator, this section will control. Except as required by applicable law or court order, you and NVIDIA agree to maintain confidentiality (and request the arbitrator to maintain confidentiality) of all aspects and outcomes of the arbitration, except a party may disclose information regarding the arbitration to (i) enforce this clause or an arbitration award or (ii) seek provisional remedies from a court of competent jurisdiction. The arbitrator will issue a written award and statement of decision describing the essential findings and conclusions on which the award is based, including the calculation of any damages awarded. The arbitrator will not have authority to award damages greater than the amount, or other than the types, allowed by this Agreement. Judgment on the award of the arbitrator may be entered by any court of competent jurisdiction. You and NVIDIA agree the arbitration award will be final and binding without appeal or review except as permitted by governing law. The arbitration proceedings will take place in Santa Clara County, California and be conducted in English. You and NVIDIA agree nothing in this section will limit the right of either party to apply for injunctive remedies or an equivalent type of urgent legal relief in any jurisdiction.

If this arbitration provision is found to be void, unenforceable, or unlawful, in whole or in part, the void, unenforceable, or unlawful provision, in whole or in part, shall be severed. Severance of the void, unenforceable, or unlawful provision, in whole or in part, shall have no impact on the remaining provisions of the arbitration provision, which shall remain in force, or the parties' ability to compel arbitration of any remaining claims on an individual basis pursuant to the arbitration. Notwithstanding the foregoing, if the Class Action, Representative Action & Jury Trial Waiver below is found to be void, unenforceable, or unlawful, in whole or in part, because it would prevent you from seeking public injunctive relief, then any

dispute regarding the entitlement to such relief (and only that relief) must be severed from arbitration and may be litigated in a civil court of competent jurisdiction. All other claims for relief subject to arbitration under this arbitration provision shall be arbitrated under its terms, and the parties agree that litigation of any dispute regarding the entitlement to public injunctive relief shall be stayed pending the outcome of any individual claims in arbitration.

### *Class Action, Representative Action & Jury Trial Waiver*

WITH RESPECT TO ALL PERSONS AND ENTITIES, REGARDLESS OF WHETHER THEY HAVE OBTAINED OR USED THE SITE FOR PERSONAL, COMMERCIAL OR OTHER PURPOSES, ALL DISPUTES MUST BE BROUGHT IN THE PARTIES' INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE PROCEEDING. THIS WAIVER APPLIES TO CLASS ARBITRATION, AND, UNLESS NVIDIA AGREES OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S DISPUTES. YOU AND NVIDIA AGREE THAT THE ARBITRATOR MAY AWARD RELIEF ONLY TO AN INDIVIDUAL CLAIMANT AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF ON INDIVIDUAL DISPUTE(S). ANY RELIEF AWARDED MAY NOT AFFECT OTHER USERS. YOU AND NVIDIA AGREE THAT, BY ENTERING INTO THESE TERMS, YOU AND NVIDIA ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION, OR OTHER REPRESENTATIVE PROCEEDING OF ANY KIND.

### *Right to Opt-Out*

You may opt-out of the foregoing jury trial, class action, arbitration, and collective or consolidated proceeding waiver provisions by notifying NVIDIA in writing within 30 days of commencement of use of the Site or within 30 days of any future change NVIDIA may make to the arbitration provisions in these Terms. Such written notification must be sent by mail to NVIDIA Corporation, Attn: Legal, 2788 San Tomas Expressway, Santa Clara, California, 95051 and must include (1) your name, (2) your address, (3) the reference to NVIDIA's website as the service to which the notice relates, and (4) a clear statement indicating that you do not wish to resolve disputes through arbitration and demonstrating compliance with the 30-day time limit to opt-out. Any opt-out notification received after the opt-out deadline or not including the required items noted in (1)-(4) in the preceding sentence will not be valid and you will be required to pursue your Dispute in arbitration or small claims court. Opting out of this dispute resolution procedure will not affect the terms and conditions of these Terms, which still apply to you. If you opt-out of any future change NVIDIA may make to the arbitration provisions in these Terms, the most recent version of such change before the change you rejected will apply.

# Compliance

This Site is controlled by NVIDIA from its offices within the United States of America. NVIDIA makes no representation that the Site is appropriate or available for use in other locations, and access to them from territories where their content is illegal is prohibited. If you choose to access the Site from other locations you do so on your own initiative and are responsible for compliance with all applicable local laws. You may not use or export the Materials in violation of U.S. export laws and regulations.

## General

NVIDIA may revise these Terms at any time by updating this posting. You should visit this page from time to time to review the then-current Terms because they are binding on you, and any use of the Site constitutes acceptance of the terms contained herein. Certain provisions of these Terms may be superseded by expressly designated legal notices or terms located on particular pages at the Site.

# Exhibit D

| | |
|---|---|
| **From:** | Abugheida, Ali |
| **Sent:** | Thursday, February 26, 2026 2:53 PM |
| **To:** | Rajiv Thairani; Kim, Betty |
| **Cc:** | Nvidia; Stephen Raab; Swaminathan, Aravind; Mulhauser, Whitney-Ann |
| **Subject:** | RE: Penning v. NVIDIA |

Counsel,

Thanks for following up.  We are simply asking whether Plaintiff would like time to review the terms and, for example, discuss modifications to the schedule.  If so, please let us know.  As always, we are available to discuss.

Thanks,
Ali

---

**From:** Rajiv Thairani <rajiv@gutridesafier.com>
**Sent:** Tuesday, February 24, 2026 10:14 PM
**To:** Kim, Betty <betty.kim@orrick.com>
**Cc:** Abugheida, Ali <aabugheida@orrick.com>; Nvidia <nvidia@gutridesafier.com>; Stephen Raab <stephen@gutridesafier.com>
**Subject:** Re: Penning v. NVIDIA


**[EXTERNAL]**

Counsel -

Thank you for sending these. You state, "[a]s discussed, if you need more time to review, please let us know." More time to review for what? We have already filed our opposition.

I also want to note that both the Motion and the Declaration of William Lee refer to Terms of Service available from February 5, 2025 to the present. The document you have now provided, however, is dated February 5, 2024. It was therefore unclear whether the reference to 2025 in the Lee Declaration and the Motion was a typographical error or whether Defendant was in fact attempting to enforce a different version of the Terms.

We understand that Defendant intends to file Exhibit A now. However, it is our position that Defendant should have included the specific Terms it was relying on with its original Motion.

Also, please include Nvidia@gutridesafier.com and Stephen@gutridesafier.com on further communications.

Thank you,
Raj

Rajiv Thairani
Gutride Safier LLP

100 Pine Street, Suite 1250
San Francisco, California 94111
Main: (415) 639-9090, ext. 111
Fax: (415) 449-6469
Email: rajiv@gutridesafier.com
Web: www.gutridesafier.com

On Tue, Feb 24, 2026 at 2:56 PM Kim, Betty <betty.kim@orrick.com> wrote:

Raj,

Attached is a copy of the terms that were inadvertently omitted from the Lee Declaration.  As discussed, if you need more time to review, please let us know.  We understand your firm had a copy of the terms already.

Best,
Betty

**Betty Kim**
Managing Associate
Pronouns: she/her/hers

Orrick
Los Angeles
T 213-612-2109
betty.kim@orrick.com



**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

# Terms of Service

## Last Modified: February 5, 2024

PLEASE READ THESE TERMS CAREFULLY BEFORE USING THIS SITE.

These Terms of Service (these "Terms") govern your access to and use of www.nvidia.com, rapids.ai, nventures.ai and jetson-ai-lab.com and other NVIDIA operated websites where these Terms are linked, including any content, functionality, and services offered on or through such websites and/or their copies (collectively, the "Site"). The Site is provided by NVIDIA Corporation ("NVIDIA", "our" or "us") for informational purposes only, and you may use the Site only if you can form a legally binding contract with NVIDIA and only in compliance with these Terms and all applicable laws and regulations. These Terms apply to all persons who access or use the Site.

By accessing or using the Site, or downloading any materials from the Site, you agree to be bound by these Terms and acknowledge that you have read and understood our Privacy Notice. If you do not agree to these Terms or the Privacy Notice, you may not access or use the Site or download any materials from it.

THESE TERMS CONTAIN A MANDATORY INDIVIDUAL ARBITRATION AGREEMENT AND CLASS ACTION/JURY TRIAL WAIVER PROVISION THAT REQUIRE, WITH ONLY SPECIFIED EXCEPTIONS SET FORTH HEREIN OR UNLESS YOU OPT OUT PURSUANT TO THE INSTRUCTIONS HEREIN, THE EXCLUSIVE USE OF FINAL AND BINDING ARBITRATION ON AN INDIVIDUAL BASIS ONLY TO RESOLVE DISPUTES, RATHER THAN JURY TRIALS OR CLASS, COLLECTIVE, PRIVATE ATTORNEY GENERAL OR REPRESENTATIVE ACTIONS OR PROCEEDINGS.

## Forward Looking Statements

Information on (or linked to) the Site, other than statements or characterizations of historical fact, may contain forward-looking statements. These forward-looking statements are based on our current expectations, estimates and projections about our industry, management's beliefs and certain assumptions made by us. These forward-looking statements are subject to a number of significant risks and uncertainties and our actual results may differ materially. For a discussion of factors that could affect our future results and business, please refer to our Annual Report on Form 10-K, subsequent Quarterly Reports on Form 10-Q, recent Current Reports on Form 8-K, and other Securities and Exchange Commission filings. NVIDIA undertakes no obligation to revise or update any forward-looking statements.

## Trademark Information

© 2024 NVIDIA Corporation. All rights reserved. NVIDIA and the NVIDIA logo are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. Other company and product names may be trademarks of the respective companies with which they are associated.

You may not use NVIDIA's trademarks without NVIDIA's prior written permission, and nothing in these Terms shall be construed as granting such permission. Fair use of NVIDIA's trademarks in advertising and promotion of NVIDIA products requires proper acknowledgment.

## Performance Information

Performance tests and ratings are measured using specific computer systems and/or components and reflect the approximate performance of NVIDIA products as measured by those tests. Any difference in system hardware or software design or configuration may affect actual performance.

## Single Copy License

The materials at the Site are subject to copyright and other intellectual property and other proprietary rights of NVIDIA or its licensors and any unauthorized use of any materials at the Site may violate copyright, trademark, and other intellectual property or other rights and applicable laws.

You may have the option to download one copy of the software and materials found on the Site ("Materials") on a single computer for your personal, non-commercial internal use only unless specifically licensed to do otherwise by NVIDIA in writing or as allowed by any license terms which accompany or are provided with individual Materials. This is a license, not a transfer of title.

Use of the Site is subject to the following restrictions: you may not: (a) modify the Site or use them for any commercial purpose, or any public display, performance, sale or rental; (b) decompile, reverse engineer, or disassemble the Site except and only to the extent permitted by applicable law or unless specifically licensed to do otherwise by NVIDIA in writing or as allowed by any license terms which accompany or are provided with individual Materials; (c) remove any copyright or other proprietary notices from the Site; (d) transfer the Site to any other person or entity; (e) use the Site for any purpose that is unlawful or prohibited by these Terms; (f) use any robot, spider, scraper, crawler, data mining tool, data gathering or extraction tool, or any other automatic device, program, algorithm or methodology, or any similar or equivalent manual process, to access, acquire, copy or monitor any portion of the Site, or in any way reproduce or circumvent the navigational structure or presentation of the Site, to obtain or attempt to obtain any materials, documents or information though any means not purposely made available through the Site; (g) take any actions that impose an unreasonable or disproportionately large load on the infrastructure of the Site, or NVIDIA's systems or networks, or any systems or networks connected to the Site or to NVIDIA; (h) use any device, software or routine to interfere or attempt to interfere with the proper working of the Site or any transaction being conducted on the Site, or with any other person's use of the Site; (i) attempt to gain

unauthorized access to any portion or feature of the Site, or any other systems or networks connected to the Site or to any NVIDIA server, or to any of the services offered on or through the Site, by hacking, password "mining" or any other illegitimate means; or (j) probe, scan or test the vulnerability of the Site or any network connected to the Site, nor breach the security or authentication measures on the Site or any network connected to the Site. You agree to prevent any unauthorized copying of the Site. You agree that a breach of this Section shall constitute a material breach of these Terms.

## Ownership of Site

The Site is copyrighted and is protected by worldwide copyright laws and treaty provisions. It may not be copied, reproduced, modified, published, uploaded, posted, transmitted, or distributed in any way, without NVIDIA's prior written permission. Except as expressly provided herein, NVIDIA and its suppliers do not grant any express or implied right to you under any patents, copyrights, trademarks, trade secret or any other intellectual property or proprietary right.

## Claims of Copyright Infringement

NVIDIA and its affiliates respect the intellectual property of others. If you believe that your work has been copied in a way that constitutes copyright infringement, please follow our Notice and Procedure for Making Claims of Copyright Infringement.

## Termination

NVIDIA may terminate your access to and use of the Site at any time if NVIDIA determines in its sole discretion that you are in breach of these Terms or other terms which may be associated with your use of the Site. Upon termination, you will immediately destroy the Materials, and certify to NVIDIA that you have done so.

## Disclaimer

THE SITE AND OTHER CONTENT OFFERED ON OR THROUGH THE SITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE BASIS". TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NVIDIA DISCLAIMS ALL WARRANTIES AND REPRESENTATIONS OF ANY KIND, WHETHER EXPRESS, IMPLIED OR STATUTORY, RELATING TO OR ARISING UNDER THIS AGREEMENT, INCLUDING, WITHOUT LIMITATION, THE WARRANTIES OF TITLE, NONINFRINGEMENT, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, USAGE OF TRADE AND COURSE OF DEALING.

NEITHER NVIDIA NOR ANY PERSON ASSOCIATED WITH NVIDIA MAKES ANY WARRANTY OR REPRESENTATION WITH RESPECT TO THE COMPLETENESS, ACCURACY, SECURITY, RELIABILITY, QUALITY OR AVAILABILITY OF THE SITE. WITHOUT LIMITING THE FOREGOING,

NEITHER NVIDIA NOR ANYONE ASSOCIATED WITH NVIDIA REPRESENTS OR WARRANTS THAT THE SITE, ITS CONTENT OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE SITE WILL BE ACCURATE, RELIABLE, ERROR-FREE OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, THAT THE SITE OR THE SERVER THAT MAKES IT AVAILABLE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS OR THAT THE SITE OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE SITE WILL OTHERWISE MEET YOUR NEEDS OR EXPECTATIONS. NVIDIA MAY MAKE CHANGES TO SITE OR TO THE PRODUCTS DESCRIBED THEREIN AT ANY TIME WITHOUT NOTICE, BUT MAKES NO COMMITMENT TO (AND HAS NO OBLIGATION TO) UPDATE THE SITE.

## Disclaimer for Software Products Cited in Blogs

NVIDIA blogs may refer to software products and features in various stages of development or availability. NVIDIA software products and features will be offered if and when available. The information contained in a blog is provided on a non-binding basis, and does not create any guarantee or legal obligation to NVIDIA. The development, release, timing and terms for any software products or features may change for any reason at NVIDIA's sole discretion. NVIDIA will have no liability arising from or in connection with statements contained in a blog.

## Limitation of Liability

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL NVIDIA OR ITS AFFILIATES, OR ITS OR THEIR LICENSORS, SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS OR DIRECTORS BE LIABLE FOR ANY DAMAGES OF ANY KIND, UNDER ANY LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH YOUR USE, OR INABILITY TO USE, THE SITE INCLUDING WITHOUT LIMITATION (I) INDIRECT, PUNITIVE, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR (II) DAMAGES FOR THE (A) COST OF PROCURING SUBSTITUTE GOODS OR (B) LOSS OF PROFITS, REVENUES, USE, DATA OR GOODWILL ARISING OUT OF OR RELATED TO THIS AGREEMENT, WHETHER BASED ON BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, OR OTHERWISE, AND EVEN IF NVIDIA HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF A PARTY'S REMEDIES FAIL THEIR ESSENTIAL PURPOSE.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NVIDIA'S TOTAL CUMULATIVE AGGREGATE LIABILITY FOR ANY AND ALL LIABILITIES, OBLIGATIONS OR CLAIMS ARISING OUT OF OR RELATED TO THESE TERMS WILL NOT EXCEED ONE HUNDRED U.S. DOLLARS ($100).

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF AND/OR LIMITATIONS ON INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE EXCLUSIONS AND/OR LIMITATIONS MAY NOT APPLY TO YOU. THESE TERMS GIVE YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM JURISDICTION TO JURISDICTION. THE DISCLAIMERS,

EXCLUSIONS, AND LIMITATIONS OF LIABILITY UNDER THESE TERMS WILL NOT APPLY TO THE EXTENT PROHIBITED BY APPLICABLE LAW.

## Indemnity

You agree to indemnify and hold harmless NVIDIA, its affiliates, licensors and service providers, and its and their respective officers, directors, employees, contractors, agents, licensors, suppliers, successors and assigns ("Indemnified Parties") and, at NVIDIA's election, defend the Indemnified Parties from and against any claims or lawsuits, liabilities, damages, judgments, awards, losses, costs, expenses or fees (including reasonable attorneys' fees) arising out of or relating to your violation of these Terms or your use of the Site other than as expressly authorized in these Terms.

## U.S. Government Restricted Rights

The software and documentation ("Protected Items") are "Commercial product[s]" or "Commercial service[s]" as those terms are defined at 48 C.F.R. § 2.101, consisting of "commercial computer software" and "commercial computer software documentation" as such terms are used in, respectively, 48 C.F.R. § 12.212 and 48 C.F.R. §§ 227.7202 & 252.227-7014(a)(1).  The Protected Items are developed at private expense and provided subject to these Terms.  In no event will the U.S. Government acquire rights in Protected Items beyond those specified in 48 C.F.R. § 52.227-19(b)(1)-(2) or § 252.227-7013(c) except as expressly approved by NVIDIA in writing.

## User Submissions

Any material, information or other communication you transmit or post to the Site ("Communications") will be considered non-confidential and non-proprietary. You are solely responsible for the Communications, and NVIDIA will have no obligations with respect to the Communications. NVIDIA and its designees will be free to copy, disclose, distribute, incorporate and otherwise use the Communications and all data, images, sounds, text, and other things embodied therein for any and all commercial or non-commercial purposes. You are prohibited from posting or transmitting to or from the Site any unlawful, threatening, libelous, defamatory, obscene, pornographic, or other material that would violate any law in any jurisdiction. Any Communication is shared voluntarily at your sole risk and you understand it can be read, collected, used, and modified by those with access to it and NVIDIA is not responsible for such Communications including (without limitation) your privacy rights, your proprietary rights, or your legal and regulatory compliance. You acknowledge that NVIDIA does not manage or control Communications that you upload, access, store, or distribute through NVIDIA servers, and accepts no responsibility or liability for that information regardless of whether such Communication is transmitted to or by you in breach of these Terms. You represent and warrant that you own or have sufficient rights to submit the Communications and to grant the foregoing rights, and the Communications do not infringe on anyone else's rights and will not violate any applicable law.

## Links to Other Materials

The linked sites are not under the control of NVIDIA and NVIDIA is not responsible for the content of any linked site or any link contained in a linked site. NVIDIA reserves the right to terminate any link or linking program at any time. NVIDIA does not endorse companies or products to which it links and reserves the right to note as such on its web pages. If you decide to access any of the third party sites linked to the Site, you do this entirely at your own risk.

## Governing Law; Dispute Resolution

READ THIS SECTION CAREFULLY BECAUSE IT REQUIRES THE PARTIES TO ARBITRATE THEIR DISPUTES AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF FROM US.

### Governing Law

All matters relating to the Site or these Terms and any Disputes (as defined below) will be governed in all respects by the laws of the United States and the laws of the State of Delaware, without respect to conflict of laws principles or the United Nations Convention on Contracts for the International Sale of Goods. The parties acknowledge that these Terms evidence a transaction involving interstate commerce. Notwithstanding the preceding sentences with respect to the substantive law governing these Terms, the Federal Arbitration Act (9 U.S.C. §§ 1-16) (as it may be amended, "FAA") governs the interpretation and enforcement of the Binding Arbitration provision below and preempts all state laws (and laws of other jurisdictions) to the fullest extent permitted by applicable law. If the FAA is found to not apply to any issue that arises from or relates to the Binding Arbitration provision, then that issue will be resolved under and governed by the law of the U.S. state where you live (if applicable) or the jurisdiction mutually agreed upon in writing by the parties. The application of the United Nations Convention on Contracts for the International Sale of Goods is expressly excluded. You agree to submit to the exclusive personal jurisdiction of the federal and state courts located in Santa Clara County, California, for any actions for which we retain the right to seek injunctive or other equitable relief in a court of competent jurisdiction to prevent the actual or threatened infringement, misappropriation, or violation of our data security, intellectual property rights, or other proprietary rights, as set forth in the Binding Arbitration provision below, including any provisional relief required to prevent irreparable harm. You agree that the Santa Clara County, California is the proper and exclusive forum for any appeals of an arbitration award, or for trial court proceedings in the event that the Binding Arbitration provision below is found to be unenforceable.

If there is a conflict between the English and any non-English versions of these Terms, you and NVIDIA agree that the English version of these Terms will govern to the extent not prohibited by local law in your jurisdiction.

### Informal Resolution

If you or NVIDIA have any dispute, claim or controversy arising out of or relating to the Site or these Terms ("Dispute"), we each agree to work in good faith to resolve the Dispute informally. If you have a Dispute, you must first contact NVIDIA and give NVIDIA an opportunity to resolve it by contacting NVIDIA by mail at NVIDIA Corporation, ATTN: Legal, 2788 San Tomas Expressway, Santa Clara, California, 95051. Either you or NVIDIA may seek to have a Dispute resolved in small claims court if all the requirements of the small claims court are satisfied. Either you or NVIDIA may seek to have a Dispute resolved in small claims court in your county of residence or the small claims court in closest proximity to your residence at any time before an arbitrator is appointed, and you may also bring a Dispute in small claims court in the Superior Court of California, County of Santa Clara.

### *Binding Arbitration*

You and NVIDIA agree all Disputes will be resolved by arbitration administered by the office of Judicial Arbitration and Mediation Services ("JAMS") under its Comprehensive Arbitration Rules and Procedures then in effect for JAMS. If the amount of the Dispute is less than $10,000, then JAMS' Optional Expedited Arbitration Rules and Procedures will apply. The dispute (including whether the claims asserted are arbitrable) will be referred to and finally determined by arbitration in accordance with the JAMS International Arbitration Rules. If there is any conflict between this section and any procedural or other rules issued by the administrator, this section will control. Except as required by applicable law or court order, you and NVIDIA agree to maintain confidentiality (and request the arbitrator to maintain confidentiality) of all aspects and outcomes of the arbitration, except a party may disclose information regarding the arbitration to (i) enforce this clause or an arbitration award or (ii) seek provisional remedies from a court of competent jurisdiction. The arbitrator will issue a written award and statement of decision describing the essential findings and conclusions on which the award is based, including the calculation of any damages awarded. The arbitrator will not have authority to award damages greater than the amount, or other than the types, allowed by this Agreement. Judgment on the award of the arbitrator may be entered by any court of competent jurisdiction. You and NVIDIA agree the arbitration award will be final and binding without appeal or review except as permitted by governing law. The arbitration proceedings will take place in Santa Clara County, California and be conducted in English. You and NVIDIA agree nothing in this section will limit the right of either party to apply for injunctive remedies or an equivalent type of urgent legal relief in any jurisdiction.

If this arbitration provision is found to be void, unenforceable, or unlawful, in whole or in part, the void, unenforceable, or unlawful provision, in whole or in part, shall be severed. Severance of the void, unenforceable, or unlawful provision, in whole or in part, shall have no impact on the remaining provisions of the arbitration provision, which shall remain in force, or the parties' ability to compel arbitration of any remaining claims on an individual basis pursuant to the arbitration. Notwithstanding the foregoing, if the Class Action, Representative Action & Jury Trial Waiver below is found to be void, unenforceable, or unlawful, in whole or in part, because it would prevent you from seeking public injunctive relief, then any

dispute regarding the entitlement to such relief (and only that relief) must be severed from arbitration and may be litigated in a civil court of competent jurisdiction. All other claims for relief subject to arbitration under this arbitration provision shall be arbitrated under its terms, and the parties agree that litigation of any dispute regarding the entitlement to public injunctive relief shall be stayed pending the outcome of any individual claims in arbitration.

### *Class Action, Representative Action & Jury Trial Waiver*

WITH RESPECT TO ALL PERSONS AND ENTITIES, REGARDLESS OF WHETHER THEY HAVE OBTAINED OR USED THE SITE FOR PERSONAL, COMMERCIAL OR OTHER PURPOSES, ALL DISPUTES MUST BE BROUGHT IN THE PARTIES' INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE PROCEEDING. THIS WAIVER APPLIES TO CLASS ARBITRATION, AND, UNLESS NVIDIA AGREES OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S DISPUTES. YOU AND NVIDIA AGREE THAT THE ARBITRATOR MAY AWARD RELIEF ONLY TO AN INDIVIDUAL CLAIMANT AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF ON INDIVIDUAL DISPUTE(S). ANY RELIEF AWARDED MAY NOT AFFECT OTHER USERS. YOU AND NVIDIA AGREE THAT, BY ENTERING INTO THESE TERMS, YOU AND NVIDIA ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION, OR OTHER REPRESENTATIVE PROCEEDING OF ANY KIND.

### *Right to Opt-Out*

You may opt-out of the foregoing jury trial, class action, arbitration, and collective or consolidated proceeding waiver provisions by notifying NVIDIA in writing within 30 days of commencement of use of the Site or within 30 days of any future change NVIDIA may make to the arbitration provisions in these Terms. Such written notification must be sent by mail to NVIDIA Corporation, Attn: Legal, 2788 San Tomas Expressway, Santa Clara, California, 95051 and must include (1) your name, (2) your address, (3) the reference to NVIDIA's website as the service to which the notice relates, and (4) a clear statement indicating that you do not wish to resolve disputes through arbitration and demonstrating compliance with the 30-day time limit to opt-out. Any opt-out notification received after the opt-out deadline or not including the required items noted in (1)-(4) in the preceding sentence will not be valid and you will be required to pursue your Dispute in arbitration or small claims court. Opting out of this dispute resolution procedure will not affect the terms and conditions of these Terms, which still apply to you. If you opt-out of any future change NVIDIA may make to the arbitration provisions in these Terms, the most recent version of such change before the change you rejected will apply.

# Compliance

This Site is controlled by NVIDIA from its offices within the United States of America. NVIDIA makes no representation that the Site is appropriate or available for use in other locations, and access to them from territories where their content is illegal is prohibited. If you choose to access the Site from other locations you do so on your own initiative and are responsible for compliance with all applicable local laws. You may not use or export the Materials in violation of U.S. export laws and regulations.

## General

NVIDIA may revise these Terms at any time by updating this posting. You should visit this page from time to time to review the then-current Terms because they are binding on you, and any use of the Site constitutes acceptance of the terms contained herein. Certain provisions of these Terms may be superseded by expressly designated legal notices or terms located on particular pages at the Site.